# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NORDIC INTERACTIVE TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.<br><br>Defendants. | Case No.: 6:20-CV-00064<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Nordic Interactive Technologies LLC provides the following disclosures:

1. Nordic Interactive Technologies LLC is a Texas based limited liability corporation and has no publicly held affiliates.


Dated: January 28, 2020

Respectfully submitted,

/s/ *Robert Christopher Bunt*
William Cory Spence
Jason Wejnert
Alok Parikh
SpencePC
515 N. State St., Suite 1801
Chicago, Illinois 60654
312-404-8882
william.spence@spencepc.com
jason.wejnert@spencepc.com
alok.parikh@spencepc.com

Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 00783521
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 418
Tyler, TX 75702
903/531-3535
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rules on January 28, 2020.

/s/ Robert Christopher Bunt
Robert Christopher Bunt
