**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| NORDIC INTERACTIVE TECHNOLOGIES LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants.* | NO. 6:20-CV-00064 (ADA) |

**SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.'S NOTICE OF PETITIONS FOR *INTER PARTES* REVIEW OF U.S. PATENT NO. 6,345,095 AND U.S. PATENT NO. 7,590,097**

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Defendants" or "Samsung") hereby submit notice that on September 9, 2020 and September 10, 2020, Samsung filed *Inter Partes* Review petitions with the Patent Trial and Appeal Board against the two Patents-in-Suit. In particular, Samsung petitioned review of all asserted claims of U.S. Patent No. 6,345,095 (IPR No. 2020-01603) and all asserted claims of U.S. Patent No. 7,590,097 (IPR No. 2020-01605). The Patent Trial and Appeal Board is expected to decide whether to institute review on both petitions by no later than March 10, 2021.

Dated: September 11, 2020

By: *Jin-Suk Park*
Jin-Suk Park
Marc A. Cohn (pro hace vice)
ARNOLD & PORTER
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: 202-942-5000
Jin.Park@arnoldporter.com
Marc.Cohn@arnoldporter.com

Ryan J. Casamiquela (pro hac vice)
ARNOLD & PORTER
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel: 415-471-3373
Ryan.Casamiquela@arnoldporter.com

Michael E. Jones
State Bar No. 10929400
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, TX 75702
Tel: 903-597-8311
mikejones@potterminton.com

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on September 11, 2020, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

<span style="margin-left:3em">*/s/ Jin-Suk Park*</span>
<span style="margin-left:3em">Jin-Suk Park</span>