# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| NORDIC INTERACTIVE TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No.: 6:20-CV-00064 (ADA)<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF COMPLIANCE REGARDING TECHNOLOGY TUTORIAL

Plaintiff Nordic Interactive Technologies, LLC files this Notice documenting service of its Technology Tutorial to the Court on USB flash drive via Federal Express on December 21, 2020. Plaintiff also served its Technology Tutorial to opposing counsel via DropBox on December 21, 2020. Additionally, a USB flash drive and a hard copy of the Parties' claim construction briefing, the patents-in-suit, and the joint claim construction statement were sent to the Court via Federal Express on December 18, 2020.

Dated: December 21, 2020

Respectfully submitted,

**PARKER, BUNT & AINSWORTH, P.C.**

*/s/ Robert Christopher Bunt*

Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 00783521
100 E. Ferguson, Suite 418
Tyler, TX 75702
903/531-3535
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

William Cory Spence
Jason Wejnert
SpencePC
515 N. State St., 14th Floor
Chicago, Illinois 60654
312-404-8882
william.spence@spencepc.com
jason.wejnert@spencepc.com

**Attorneys for Plaintiff Nordic Interactive Technologies LLC**

# CERTIFICATE OF SERVICE

I hereby certify that, on December 21, 2020, a true and correct copy of the foregoing was served to all counsel of record via who have consented to ECF notices.

/s/ *Robert Christopher Bunt*
Robert Christopher Bunt