UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| NORDIC INTERACTIVE TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No.: 6:20-CV-00064 (ADA)<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Plaintiff Nordic Interactive Technologies LLC ("Nordic") files this Unopposed Motion to Withdraw as Counsel, and would respectfully show the Court the following:

1. William Cory Spence, Jason Wejnert and SpencePC respectfully request to be withdrawn as counsel for Plaintiff Nordic. Ni, Wang & Massand will continue to represent Plaintiff Nordic.

2. William Cory Spence and Jason Wejnert further requests the termination of receiving electronic notices of e-filings in this matter.

3. This withdrawal will not delay these proceedings.

WHEREFORE, PREMISES CONSIDERED, Nordic respectfully requests that this Motion be granted and that William Cory Spence, Jason Wejnert and SpencePC be allowed to withdraw as counsel for Plaintiff Nordic Interactive Technologies LLC.

1

Respectfully submitted,

**SPENCEPC**

*/s/ William Cory Spence*

William Cory Spence
IL State Bar No. 6278496
Jason Wejnert
IL State Bar No. 6284234
515 N. State St. 14th Floor
Chicago, IL 60654
312/404-8882
E-mail: William.spence@spencepc.com
E-mail: jwejnert@spencepc.com

**ATTORNEY FOR PLAINTIFF NORDIC INTERACTIVE TECHNOLOGIES LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 9th day of February, 2021, with a copy of this document via the Court's CM/ECF system.

*/s/ William Cory Spence*
WILLIAM CORY SPENCE