# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NORDIC INTERACTIVE TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No.: 6:20-CV-00064 (ADA) <br><br> **JURY TRIAL DEMANDED** |

## OPPOSITION TO UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Plaintiff Nordic Interactive Technologies LLC ("Nordic") files this opposition to the "unopposed" motion to withdraw as counsel (the "Motion") filed by William Cory Spence, Jason Wejnert and SpencePC (collectively, "SpencePC") and, in support thereof, respectfully shows as follows:

Nordic brings this opposition to seek 14 days to engage replacement lead counsel and to clarify misrepresentations made by Spence PC in the Motion. SpencePC, current lead counsel for Nordic, unexpectedly notified Nordic that it would be withdrawing from this matter yesterday, February 8, 2021. Despite SpencePC being explicitly informed that Nordic opposes the Motion due to the very short notice, the Motion was filed as "unopposed" and misrepresents that it was made was on behalf of Nordic. In fact, the very morning the Motion was filed, Nordic informed Mr. Spence that Nordic opposes it due to the short notice. Given that the motion was sprung on Nordic just yesterday, taking Nordic by surprise, replacement lead counsel has not yet been engaged. Nordic anticipates that it will need 14 days to find and engage replacement lead counsel. This opposition is not made for the purpose of delay. In fact, Nordic expects that the change in its lead counsel will not necessitate any changes to the pre-trial deadlines or the trial

date. Nordic, therefore, respectfully asks that the Court deny the Motion or to refrain from ruling on it until Nordic is able to engage replacement lead counsel.

Respectfully submitted,

*/s/ Neal Massand*

Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
Neal Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
**NI,WANG&MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEY FOR PLAINTIFF NORDIC INTERACTIVE TECHNOLOGIES LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 9th day of February, 2021, with a copy of this document via the Court's CM/ECF system.

*/s/ Neal Massand*
Neal Massand