UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| NORDIC INTERACTIVE TECHNOLOGIES LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　Defendants. | Case No.: 6:20-CV-00064 (ADA)<br><br>**JURY TRIAL DEMANDED** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Nordic Interactive Technologies LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd and Samsung Electronics America, Inc., (collectively "Defendants") hereby stipulate to the dismissal of this action. All claims that Plaintiff raised in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Defendants raised are dismissed WITH PREJUDICE.

Each party shall bear its own attorney's fees, costs and expenses.

Respectfully submitted,

 /s/ Neal Massand

Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
Neal Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEY FOR PLAINTIFF NORDIC INTERACTIVE TECHNOLOGIES LLC**

By: /s/ Jin-Suk Park (with permission)
Jin-Suk Park (admitted)
Atanas T. Baitchev (pro hac vice)
Juyoung Kim (pro hac vice)
Elizabeth H. Denning (pro hac vice)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: 202-942-5000
Jin.park@arnoldporter.com
Atanas.baitchev@arnoldporter.com
Juyoung.kim@arnoldporter.com
Elizabeth.denning@arnoldporter.com

Ryan Casamiquela (pro hac vice)
ARNOLD & PORTER KAYE SCHOLER LLP
10th Floor Three Embarcadero Center
San Francisco, CA 94111-4024
Tel: 415-471-3373
Ryan.casamiquela@arnoldporter.com

Ryan Nishimoto (pro hac vice)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Tel: 213-243-4000
Ryan.nishimoto@arnoldporter.com

Michael Sebba (pro hac vice)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710

Tel: 212-836-8000
Michael.sebba@arnoldporter.com

Michael E. Jones (admitted)
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846
**ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,**

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 16th day of April, 2021, with a copy of this document via the Court's CM/ECF system.

*/s/ Neal Massand*
Neal Massand